FILED
at_____O'clock & ____min___M
MAY 11 2026
BONNIE HACKLER, Acting Clerk
United States Bankruptcy Court
Eastern District of Oklahoma

# ADVERSARY PROCEEDING PACKET COMPLETE FILING

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS

Plaintiff, Haley Hart, files this Complaint against Aidvantage seeking discharge of approximately $50,000 in student loan debt under 11 U.S.C. § 523(a)(8) due to undue hardship. Plaintiff is a single parent of three children, earns approximately $3,300 monthly, and cannot maintain a minimal standard of living if forced to repay the loans due to necessary expenses and ongoing home repair from storm damage.

## AFFIDAVIT OF UNDUE HARDSHIP

I, Haley Hart, declare under penalty of perjury: I am a single parent of three children with no support. I earn about $3,300/month working for Wagoner County. My home is damaged and not fully livable due to storm-related septic, plumbing, and flooding issues. My income does not cover my monthly expenses. I cannot repay student loans without depriving my family of basic needs.

## EXHIBIT A – MONTHLY BUDGET

Income: $2,563.42/month
Expenses:
Electric $138
Phone $200
Water $60
Car $500
Insurance $141
Medical $250
Food $700
Gas $175
Household $150
Children $300
Repairs $800+
Total Expenses: $3,414
Monthly Deficit: -$850.58

## EXHIBIT B – JUDGE SUMMARY

Plaintiff is a working single parent supporting three children. Despite steady employment, Plaintiff's expenses exceed income due to basic living costs and storm damage repairs.

Plaintiff has no disposable income to repay student loans and requests discharge due to undue hardship.

## FILING FEE WAIVER REQUEST

Plaintiff requests waiver of the adversary filing fee due to inability to pay while supporting three children and repairing a storm-damaged home. Payment would impose hardship.



# Application to Waive Filing Fee (Adversary Proceeding)

Debtor: Haley Lavon Hart
Address: 6884 North 49th St East, Fort Gibson, OK 74434
Phone: 918-310-4406
Email: hhart121724@gmail.com
Bankruptcy Case No.: 26-80198
Court: United States Bankruptcy Court, Eastern District of Oklahoma (Muskogee Division)

## Part 1: Family Size and Income

1. Family size: 4 (Debtor + 3 dependents).

2. Average monthly net income (take-home pay): $2,563.42 (Debtor).

3. Non-cash governmental assistance (if any): [Medicaid].

4. Expected income change in next 6 months: No material increase expected. (Single parent; stable county payroll position.)

5. Why unable to pay filing fee in installments: Monthly expenses exceed income; ongoing emergency home repairs due to storm damage; residence is not fully livable. Paying the fee would reduce funds needed for food, utilities, transportation, and repair-related necessities. I am incurring necessary housing expenses just to make my home safe to live in.

## Part 2: Monthly Expenses

6. Average monthly expenses (see attached Exhibit C – Detailed Financial Breakdown): $3,414 (base) with repair costs ongoing.

## Declaration

I declare under penalty of perjury that the information provided is true and correct.

Date: 5-6-25 Signature: [signature]

# Attachment to Line 5 – Explanation of Inability to Pay Filing Fee

I, Haley Lavon Hart, am unable to pay the filing fee due to severe financial hardship. My take-home income is $2563.42 per month, while my necessary living expenses exceed $3414 per month, leaving a deficit of approximately $850.58. I am supporting three minor children without assistance. My residence has been damaged by storms and is not fully livable, requiring ongoing repair expenses that are essential for basic habitation.

Because my income is insufficient to meet even basic needs such as food, transportation, utilities, and housing repairs, I do not have funds available to pay the filing fee or to pay in installments. Payment of the filing fee would directly impact my ability to provide necessary care and shelter for my children.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA
# MUSKOGEE DIVISION

In re:
Haley Lavon Hart,
Debtor.

Case No.: 26-80198
Chapter 7

ADVERSARY PROCEEDING COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS (UNDUE HARDSHIP)

## 1. Parties

Plaintiff: Haley Lavon Hart
Defendant: Aidvantage (student loan servicer)

## 2. Jurisdiction and Venue

This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157. This is a core proceeding under 28 U.S.C. § 157(b)(2)(I). Venue is proper in this district.

## 3. Statement of Facts

Plaintiff is a single mother of three minor children and receives no financial support. Plaintiff currently resides in Wagoner, Oklahoma. Plaintiff filed a Chapter 7 bankruptcy due to overwhelming financial hardship. Plaintiff owes approximately $50,000 in student loan debt serviced by Aidvantage. Due to recent severe storms, Plaintiff's home has sustained major damage including septic failure, plumbing issues, and flooding. The residence is currently uninhabitable, and Plaintiff is actively attempting to complete repairs. Plaintiff's financial circumstances are expected to persist long term given her responsibilities as a single parent and ongoing housing issues. Repayment of the student loan debt would impose an undue hardship on Plaintiff and her dependents.

## 4. Undue Hardship (11 U.S.C. § 523(a)(8))

Excepting these student loans from discharge would impose an undue hardship on the Plaintiff and her dependents. Plaintiff cannot maintain a minimal standard of living if required to repay the loans; Plaintiff's financial situation is likely to persist for a significant portion of the repayment period; and Plaintiff has made good faith efforts to manage her financial obligations.

## 5. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment declaring the student loans owed to Aidvantage dischargeable pursuant to 11 U.S.C. § 523(a)(8), and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Haley Hart
6884 N 49th St East
Fort Gibson OK, 74434
918-310-4406
hhart121724@gmail.com
Pro Se Plaintiff

# Affidavit of Undue Hardship

I, Haley Lavon Hart, declare under penalty of perjury: I am a single parent of three minor children with no financial support. I am employed earning approximately $2563.42 per month net income. My necessary monthly expenses total approximately $3414, leaving a monthly deficit of $850.58. My home has significant storm damage including septic, plumbing, and flooding issues and is not fully livable. I am required to spend money on repairs to maintain basic habitation. I cannot pay my student loans or court filing fees without depriving my family of basic necessities.

Signed: [signature]

Date: 5-6-26

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA
# MUSKOGEE DIVISION

In re: Haley Lavon Hart, Debtor
Case No. 26-80198 Chapter 7

Haley Lavon Hart, Plaintiff
v.
U.S. Department of Education; Aidvantage, Defendants

## Complaint to Determine Dischargeability of Student Loans

Plaintiff, Haley Lavon Hart, seeks discharge of approximately $50,000 in student loan debt under 11 U.S.C. §523(a)(8) due to undue hardship. Plaintiff earns approximately $2563.42 per month net income while supporting three minor children without assistance. Plaintiff's necessary monthly expenses total approximately $3414, resulting in a deficit of $850.58. Plaintiff's residence has sustained severe storm damage, including septic failure, plumbing issues, and flooding, and remains not fully livable. Plaintiff is required to incur ongoing repair expenses to maintain basic habitation. Repayment of student loans would prevent Plaintiff from maintaining a minimal standard of living.

# Affidavit of Undue Hardship

I, Haley Lavon Hart, declare under penalty of perjury: I am a single parent of three minor children with no financial support. I am employed earning approximately $2563.42 per month net income. My necessary monthly expenses total approximately $3414, leaving a monthly deficit of $850.58. My home has significant storm damage including septic, plumbing, and flooding issues and is not fully livable. I am required to spend money on repairs to maintain basic habitation. I cannot pay my student loans or court filing fees without depriving my family of basic necessities.

Signed: [signature]

Date: 5-6-26

# Exhibit A – Monthly Budget

Net Income: $2563.42
Total Expenses: $3414
Monthly Deficit: -$850.58

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In re: Haley Lavon Hart, Debtor
Case No: 26-80198 Chapter 7

Haley Lavon Hart, Plaintiff
v.
U.S. Department of Education; Aidvantage, Defendants

## Exhibit List

Exhibit A – Budget; Exhibit B – Summary; supporting records.

## EXHIBIT A – MONTHLY BUDGET

Income: $3,300/month (Before Taxes)
Expenses:
Electric $138
Phone $200
Water $60
Car $500
Insurance $141
Medical $250
Food $700
Gas $175
Household $150
Children $300
Repairs $800+
Total Expenses: $3,414
Monthly Deficit: -$114

# Exhibit C – Detailed Financial Breakdown

Net Income: $2563.42

Electric: $138

Phone: $200

Water: $60

Car: $500

Insurance: $141

Medical: $250

Food: $700

Gas: $175

Household: $150

Children: $300

Repairs: $800+

Total Expenses: $3414

Monthly Deficit: -$850.58

# Exhibit C – Detailed Financial Breakdown (Supporting Fee Waiver & Undue Hardship)

Debtor: Haley Lavon Hart | Case No.: 26-80198

## Monthly Income

Net (take-home) income: $2,563.42

## Monthly Expenses (Itemized)

- Electric: $138 (Bill)
- Phone: $200 (Bill)
- Water: $60 (Bill)
- Car payment: $500 (Loan)
- Car insurance: $141 (Policy)
- Medical out-of-pocket: $250 (Recurring)
- Food (family of 4): $700 (User stated $600–$800; using midpoint)
- Gas/transportation: $175 (User stated $150–$200; using midpoint)
- Household supplies (toiletries/cleaning): $150 (Reasonable estimate)
- Children expenses (school/clothing/needs): $300 (Reasonable estimate)
- Home repairs / materials / mitigation: $800 (Storm damage; ongoing)

## Totals

Total monthly expenses: $3414

Total monthly income: $2,563.42

Monthly shortfall (expenses – income): $850.58

# JUDGE SUMMARY – UNDUE HARDSHIP (STUDENT LOANS)

Plaintiff respectfully submits this summary in support of her complaint to discharge student loan debt under 11 U.S.C. § 523(a)(8).

Plaintiff is a single mother of three minor children with no financial support. Plaintiff works full time as a Payroll Deputy earning approximately $2,563.42 per month.

Despite steady income, Plaintiff's necessary monthly expenses exceed her income. Plaintiff must provide for three children while also covering utilities, transportation, medical costs, and ongoing repairs to her home, which was significantly damaged by storms and is currently not livable.

Plaintiff has no remaining disposable income to repay approximately $50,000 in student loan debt serviced by Aidvantage. Requiring repayment would prevent Plaintiff from maintaining a minimal standard of living for herself and her children.

Plaintiff's hardship is long-term. The combination of single parent responsibilities and substantial home repair costs means the financial strain will continue for the foreseeable future.

Plaintiff has acted in good faith by maintaining employment and seeking relief through bankruptcy.

For these reasons, Plaintiff respectfully requests that the Court find that repayment of the student loan debt would impose an undue hardship and grant discharge.

# Judge Summary

Plaintiff earns $2563.42 monthly but faces expenses of $3414, resulting in a deficit of $850.58. Plaintiff supports three children and resides in a storm-damaged home requiring ongoing repairs. Plaintiff has no disposable income and cannot repay student loans without undue hardship.

## Narrative Support

Debtor remains in a storm-damaged residence with septic/plumbing/flooding issues. Repair costs are necessary for habitability and are ongoing. The listed expenses are for basic necessities. There is no discretionary income available to pay filing fees without sacrificing essentials.

Attachments to consider adding behind this exhibit: utility bills, car note/insurance declarations, medical receipts, grocery receipts, photos of storm damage, and receipts for repair materials.

*Wagoner County Clerk*
*307 E Cherokee Street*
*WAGONER OK 74467*

**Earning Statement for 04/30/2026**
This is for Payroll Period 03/16/2026 through 04/15/2026.

| | |
|---|---|
| Reference Number: | 002706 |
| Payment Date: | 04/30/2026 |
| Amount: | 2,563.42 |
| Fund: | General Fund |
| Account: | 0001-1-1000-1110 |

Taxable Status
Federal: Single
State: Single
Tax Exemptions
Federal: NaN
State: 0

Hourly Wage: 19.04
Overtime Wage: 28.56

Additional Withholdings
Federal: 5.00
State: 5.00

| | This Period | Year to Date |
|---|---|---|
| **Compensation** | | |
| Gross Pay | 3,300.00 | 12,600.00 |
| | **3,300.00** | **12,600.00** |
| **Deduction** | | |
| Federal W/H | 231.13 | 774.89 |
| MC | 47.85 | 182.70 |
| OPERS Employee 4% | 132.00 | 504.00 |
| SS | 204.60 | 781.20 |
| State W/H | 121.00 | 452.00 |
| | **736.58** | **2,694.79** |
| **Info** | | |
| Hours | 173.30 | 693.20 |
| | **173.30** | **693.20** |
| **Matching** | | |
| COUNTY PAID-AD & D | 1.00 | 3.00 |
| COUNTY PAID-APL | 66.13 | 198.39 |
| COUNTY PAID-Basic Life Ins | 12.00 | 36.00 |
| COUNTY PAID-Dental | 37.14 | 111.42 |
| COUNTY PAID-EAP | 0.70 | 2.10 |
| COUNTY PAID-Major Medical 300 | 819.62 | 2,458.86 |
| COUNTY PAID-MC | 47.85 | 182.70 |
| COUNTY PAID OPERS 16% | 528.00 | 2,016.00 |
| COUNTY PAID-SS | 204.60 | 781.20 |
| COUNTY PAID-STD | 15.54 | 45.20 |
| COUNTY PAID-Vision | 14.53 | 43.59 |
| | **1,747.11** | **5,878.46** |
| Net | 2,563.42 | 9,905.21 |
| **Net** | **2,563.42** | **9,905.21** |

*Paid to or deposited in the account of:* **HART, HALEY LAVON**
**6884 NORTH 49TH ST EAST**
**FORT GIBSON OK 74434-74434**



















































Water Bill

12:10

Search Results
17 Total Transactions

Rural

POSTED TRANSACTIONS

| | |
|---|---|
| **Mon, May 4, 2026** | |
| RURAL WATER DISTRICT # | -$51.00 |
| **Wed, Apr 1, 2026** | |
| RURAL WATER DISTRICT # | -$45.75 |
| **Mon, Mar 9, 2026** | |
| RURAL WATER DISTRICT # | -$45.75 |
| **Thu, Feb 5, 2026** | |
| RURAL WATER DISTRICT # | -$45.75 |
| **Wed, Jan 14, 2026** | |
| RURAL WATER DISTRICT # | -$41.25 |
| **Fri, Nov 28, 2025** | |
| RURAL WATER DISTRICT # | -$41.25 |

Close

Life & Car. Insurance

12:15

Search Results
39 Total Transactions

State

| | |
|---|---|
| **Fri, May 1, 2026** | |
| STATE FARM INSURANCE | -$26.88 |
| **Mon, Mar 9, 2026** | |
| STATE FARM INSURANCE | -$26.88 |
| **Mon, Mar 2, 2026** | |
| STATE FARM INSURANCE | -$26.88 |
| STATE FARM INSURANCE | -$435.12 |
| **Mon, Feb 2, 2026** | |
| STATE FARM INSURANCE | -$145.04 |
| STATE FARM INSURANCE | -$26.88 |
| **Fri, Dec 26, 2025** | |
| STATE FARM INSURANCE | -$145.04 |
| **Wed, Dec 24, 2025** | |

Close

12:05 5G+

Search Results
9 Total Transactions

Carmax

Fri, May 1, 2026

CarMax Auto Finance HartHaley -$500.00

Wed, Apr 1, 2026

CarMax Auto Finance HartHaley -$500.00

Car Payment

12:09 5G+

Transaction Detail

Description
OG&E/USPAYMENTSBILLPAY DDA POS PURCHASE CD1915

Amount
$171.83

Date
Wednesday, April 1, 2026

Status
Posted

Reference ID
13485048372

Memo
Add Memo

Electric Bill

Necessities

12:10 5G+

Transaction Detail

Description

WAL-MART #0063 DDA PIN POS PUR CD1915
WAGONER #612100632725

Amount

$235.28

Date

Friday, May 1, 2026

Status

Posted

Reference ID

13604866713

Memo Add Memo

Electric Bill

12:09 5G+

Transaction Detail

Description

OG&E/USPAYMENTSBILLPAY DDA POS
PURCHASE CD1915

Amount

$141.43

Date

Friday, May 1, 2026

Status

Posted

Reference ID

13604862656

Memo Add Memo

Some Repairs

12:06

Search Results
54 Total Transactions

Lowes

PENDING TRANSACTIONS

| | |
|---|---|
| LOWES #00124* | -$16.10 |

POSTED TRANSACTIONS

Tue, May 5, 2026

| | |
|---|---|
| LOWES #00124* | -$34.32 |
| LOWES #00124* PIN POS RTN TO DDA CD1915 MUSKOGEE OK#612573409945 | +$13.73 |

Mon, May 4, 2026

| | |
|---|---|
| LOWES #00124* | -$59.31 |

Fri, Apr 24, 2026

| | |
|---|---|
| LOWES #00124* | -$10.60 |

Mon, Mar 9, 2026

| | |
|---|---|
| LOWES #00124* | -$452.48 |

Haley Lavon Hart
6884 North 49th St East, Fort Gibson, OK 74434
918-310-4406
hhart121724@gmail.com

Date: 5-6-26

U.S. Department of Education
Office of General Counsel
400 Maryland Avenue, SW
Washington, DC 20202

RE: Service of Summons and Complaint
Case No. 26-80198

To Whom It May Concern:

Please take notice that I have filed an adversary proceeding in the United States Bankruptcy Court for the Eastern District of Oklahoma, Muskogee Division. Enclosed are copies of the Summons and Complaint, along with all attachments. This service is made pursuant to Federal Rule of Civil Procedure 4(i).

Respectfully,

Haley Lavon Hart
Plaintiff, Pro Se

Haley Lavon Hart
6884 North 49th St East, Fort Gibson, OK 74434
918-310-4406
hhart121724@gmail.com

Date: 5-6-26

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

RE: Service of Summons and Complaint
Case No. 26-80198

To Whom It May Concern:

Please take notice that I have filed an adversary proceeding in the United States Bankruptcy Court for the Eastern District of Oklahoma, Muskogee Division. Enclosed are copies of the Summons and Complaint, along with all attachments. This service is made pursuant to Federal Rule of Civil Procedure 4(i).

Respectfully,

Haley Lavon Hart
Plaintiff, Pro Se

Haley Lavon Hart
6884 North 49th St East, Fort Gibson, OK 74434
918-310-4406
hhart121724@gmail.com

Date: 5-6-24

Aidvantage
P.O. Box 300001
Greenville, TX 75403-3001

RE: Service of Summons and Complaint
Case No. 26-80198

To Whom It May Concern:

Please take notice that I have filed an adversary proceeding in the United States Bankruptcy Court for the Eastern District of Oklahoma, Muskogee Division. Enclosed are copies of the Summons and Complaint, along with all attachments. This service is made pursuant to Federal Rule of Civil Procedure 4(i).

Respectfully,

Haley Lavon Hart
Plaintiff, Pro Se

Haley Lavon Hart
6884 North 49th St East, Fort Gibson, OK 74434
918-310-4406
hhart121724@gmail.com

Date: 5-6-24

U.S. Attorney's Office
Eastern District of Oklahoma
Attn: Civil Process Clerk
520 Denison Avenue
Muskogee, OK 74401

RE: Service of Summons and Complaint
Case No. 26-80198

To Whom It May Concern:

Please take notice that I have filed an adversary proceeding in the United States Bankruptcy Court for the Eastern District of Oklahoma, Muskogee Division. Enclosed are copies of the Summons and Complaint, along with all attachments. This service is made pursuant to Federal Rule of Civil Procedure 4(i).

Respectfully,

Haley Lavon Hart
Plaintiff, Pro Se